

# THE THIRTEENTH COURT OF APPEALS

---

13-18-00233-CV

---

Super Starr International, LLC, Lance Peterson, Red Starr, SPR de R.L. de C.V., and
Kemal Mert Gumus
v.
Fresh Texas Produce, LLC, Individually and derivatively on behalf of Tex Starr
Distributing, LLC

---

On Appeal from the
92nd District Court of Hidalgo County, Texas
Trial Cause No. C-4741-16-A

---

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be affirmed in part and reversed in part, and the case should be remanded to the trial court. The Court orders the judgment of the trial court AFFIRMED IN PART and REVERSED IN PART, and the case is REMANDED for further proceedings consistent with its opinion. Costs of the appeal are adjudged 50% against appellants Super Starr International, LLC, Lance Peterson, Red Starr, SPR de R.L. de C.V., and Kemal Mert Gumus and 50% against appellee, Fresh Texas Produce, LLC, Individually and derivatively on behalf of Tex Starr Distributing, LLC

We further order this decision certified below for observance.

June 6, 2019